**Neapoleon Juan FREEMAN,**
**Plaintiff—Appellant,**

v.

**Mark WARNER, Governor; Ronald J. Angelone, Director, Department of Corrections; Kalvin Lovda Webb; Marcques Jermane Whorley, Defendants—Appellees.**

No. 04–7791.

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2005.

Decided: July 28, 2005.

Neapoleon Juan Freeman, Appellant Pro Se.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Neapoleon Juan Freeman appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *See Freeman v. Warner*, No. CA–04–1196 (E.D.Va. Oct. 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*